UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-6047-CR-HURLEY(RYSKAMP)/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOE WASHINGTON,

    Defendant.
_____/



## ORDER AFFIRMING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge Ann E. Vitunac on July 14, 2006.

The court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED.** The Court finds that no excusable neglect or good cause was presented by the defendant to merit an extension of time to file his Notice of Appeal.

**DONE and ORDERED** in West Palm Beach, this 10th day of October, 2006.

                                                KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE

cc:    Rolando Garcia, AUSA
        Joe Washington, pro se
        11th Circuit Court of Appeals